# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZERINA RENEA GRAYSON,

    Defendant.

Case No. 2:13-cr-00206-LDG (PAL)

**ORDER**

    Defendant Zerina Renea Grayson has filed a document captioned "Motion Requesting Monetary Penalties Payment Accountability & Review of Restitution Obligation" (ECF No. 69) and a motion for early termination of probation (ECF No. 73). The government has responded to both motions.

    The Court agrees with the government that it is not entirely clear what relief Grayson seeks in her "Motion Requesting Monetary Penalties Payment Accountability & Review of Restitution Obligation." The government notes that, as of the date of its response, it could verify that $11,690.53 had been credited toward her restitution obligation, but that it could not verify whether any additional amount should be credited based on the garnishment of her wages arising from the civil judgment against her by her victim. The government notes

that it is Grayson's burden to establish that she is entitled to a credit against her restitution. The Court agrees that Grayson has not met her burden and will deny her motion.

In her motion for early termination of probation, Grayson asserts that she has paid her restitution obligation in full and thus should be released from probation. The Court may terminate probation any time after a defendant has served at least one year of her sentence "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." While the Court commends the defendant for complying with the terms of her probation, mere compliance with those terms is not a sufficient reason for the early termination of probation. Accordingly, the Court will deny the motion.

Therefore, for good cause shown,

THE COURT **ORDERS** that Defendant's "Motion Requesting Monetary Penalties Payment Accountability & Review of Restitution Obligation" (ECF No. 69) is DENIED;

THE COURT FURTHER **ORDERS** that Defendant's Motion for Early Termination of Probation (ECF No. 73) is DENIED.

DATED this 17 day of October, 2017.

_____
Lloyd D. George
United States District Judge