# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZERINA RENEA GRAYSON,

    Defendant.

Case No. 2:13-cr-00206-LDG (PAL)

**ORDER**

    Defendant Zerina Grayson has submitted a letter to the Clerk of the Court (ECF No. 78) requesting that certain funds deposited on her behalf be released to the victim. Pursuant to the Court's request, the United States has submitted a response to the letter (ECF No. 81).

    The Court has received $3208.48 on behalf of Grayson, to satisfy her restitution obligations, through the Treasury Offset Program. Pursuant to the procedures and mechanisms for processing restitution payments made through the Clerk's office, as established and implemented by the Administrative Office of the United States Courts, *see* 18 U.S.C. § 3611, 28 U.S.C. § 604(a)(18), and pursuant to the Court's practice, the Clerk of the Court has scheduled the disbursement of these funds to the victim Nevada Department of Employment Training and Rehabilitation to occur in April 2018.

Accordingly,

THE COURT **ORDERS** that Defendant Zerina Renea Grayson's Letter Requesting Disbursement of Funds (ECF No. 78) is GRANTED to the extent that the Clerk of the Court will disburse the funds as presently scheduled in April 2018, and is otherwise DENIED to the extent that Defendant seeks a disbursement of the funds inconsistent with the Court's practices.

DATED this 17 day of November, 2017.

_____
Lloyd D. George
United States District Judge